FILED

OCT 23 2017

Clerk, U S District Court
District Of Montana
Billings



THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD FRIEDLICH MILLS III, <br><br> Defendant. | CR 17- 120 -BLG- SPW <br><br> INDICTMENT <br><br> TAMPERING WITH CONSUMER PRODUCTS <br> Title 18 U.S.C. § 1365(a) (Count I) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> ACQUIRING FENTANYL BY MISREPRESENTATION, FRAUD, FORGERY, AND DECEPTION <br> Title 21 U.S.C. § 843(a)(3) (Count II) <br> (Penalty: Four years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That beginning in approximately February 1, 2017, and continuing until on or about March 13, 2017, at Billings in the State and District of Montana, the defendant, DONALD FRIEDLICH MILLS III, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did attempt to tamper with and did tamper with a consumer product that affected interstate and foreign commerce, specifically Fentanyl, and with the labeling of and container for such a product by removing the safety seal of packages containing Fentanyl and by inserting needles into said packages and removing said substance and replacing said substance with saline, all in violation of 18 U.S.C. § 1365(a).

## COUNT II

That beginning in approximately February 1, 2017, and continuing until on or about March 13, 2017, at Billings in the State and District of Montana, the defendant, DONALD FRIEDLICH MILLS III, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit: Fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, and deception, all in violation of 21 U.S.C. § 843(a)(3).

//
//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: ✓ _____

Bail: _____

3